FILED: November 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1738
(12-0404-BLA)
(12-0404-A-BLA)
_____

HOBET MINING, LLC

      Petitioner

v.

CARL R. EPLING, JR.; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

      Respondents

_____

O R D E R
_____

For reasons appearing to the court, oral argument in this case is continued from December 9, 2014, to the January 27-29, 2015, oral argument session.

For the Court

/s/ Patricia S. Connor, Clerk