FILED: December 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1738
(12-0404-BLA)
(12-0404-A-BLA)

_____

HOBET MINING, LLC

      Petitioner

v.

CARL R. EPLING, JR.; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

      Respondents

_____

O R D E R

_____

This case shall be argued in seriatim with case No. 12-2034.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk