No. 13-1738
_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
RICHMOND, VIRGINIA
_____

HOBET MINING, LLC,

Petitioner

v

CARL R. EPLING, JR.,

Respondent,

and

DIRECTOR, OWCP, UNITED STATES DEPARTMENT OF LABOR,

Party-in-Interest.
_____
ON PETITION FOR REVIEW OF A DECISION AND ORDER
OF THE BENEFITS REVIEW BOARD
UNITED STATES DEPARTMENT OF LABOR
_____

**UNOPPOSED MOTION FOR APPROVAL
OF ATTORNEY FEE**
_____

Comes the undersigned counsel, Leonard Stayton, and would respectfully request the award of the amount of $21,216.09 in attorney fee and expenses. In support of the motion, the undersigned counsel attaches hereto a listing of the time spent on behalf of the respondent, Carl R. Epling, Jr., before this court as well as a listing of the expenses incurred by the undersigned counsel while this

case was pending before this court. The undersigned counsel also attaches hereto a letter dated July 27, 2015 from the employer's counsel advising that the petitioner, Hobet Mining, LLC, has no objection to the fee petition. Accordingly, the undersigned counsel would respectfully request the appropriate order.

Respectfully submitted,

/S/ LEONARD J. STAYTON
ATTORNEY AT LAW
P.O. BOX 1386
INEZ, KY 41224
(606) 298-5117

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Unopposed Motion for Approval of Attorney Fee has been mailed to Ms. Patricia S. Connor, Clerk, U.S. Court of Appeals for the Fourth Circuit, 1100 East Main Street, Suite 501, Richmond, VA 23219-3517; and one copy filed electronically with the U.S. Court of Appeals which will serve the Brief upon all parties of record this 5th day of August, 2015.

/S/ LEONARD J. STAYTON
ATTORNEY AT LAW
P.O. BOX 1386
INEZ, KY 41224
(606) 298-5117

Ms. Betty English: english.betty@dol.gov

Ms. Ashley Harmon: aharman@jacksonkelly.com

Ms. Sarah Marie Hurley: hurley.sarah@dol.gov

Mr. Thomas O. Shepherd, Jr., Clerk (aty): shepherd.thomas@dol.gov

Mr. Gary K. Stearman: stearman.gary@dol.gov

Ms. Rae Ellen James: BLLS-SOL@dol.gov

/S/ LEONARD STAYTON

OMB Approval No. 44-R1590

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
DIVISION OF COAL MINE WORKERS' COMPENSATION
WASHINGTON, D.C. 20210

APPLICATION FOR APPROVAL OF A REPRESENTATIVE'S FEE IN A BLACK LUNG CLAIM PROCEEDING CONDUCTED BY THE U.S. DEPARTMENT OF LABOR

NOTE: No fee for services performed may be paid under this program unless the information prescribed by existing regulations is provided to this office. Disclosure of your social security number is voluntary, the failure to disclose such number will not result in the denial of any right, benefit or privilege to which an individual may be entitled.

4th 1. In accordance with the provisions of the Black Lung Benefits Act (30 U.S.C. 901 et seq.), 33 U.S.C. 928 and the regulations of the U.S. Department of Labor governing the administration of such Act (20 CFR 725.365 et seq.) I the undersigned hereby make application for a representative's fee for my services rendered from 6/7/13 19___ to present 19___ in the claim of:

2. Miner's Name: Carl R. Epling, Jr.

3. Miner's Claim Number: 13-1738

4. Services Rendered (Use blank sheet of paper if additional space is needed)

| Date Rendered | Itemize services rendered. (See reverse side for instructions) | Who Performed the Service | Usual Billing Rate Per Hour | Time to Nearest ½ Hour |
|---|---|---|---|---|
| | please see attached | | | |

TOTAL TIME EXPENDED ON CASE DURING PERIOD: 82¼ hrs.

5. Miscellaneous Expenses (Use blank sheet of paper if additional space is needed)

| Date Rendered | (Itemize miscellaneous expenses incurred in connection with claim) | Cost |
|---|---|---|
| | please see attached | $ |

TOTAL MISCELLANEOUS EXPENSES INCURRED: $653.59

6. Amount of any fee previously received in case for services rendered prior to the period designated in item #1.
$ 0
(If none, so indicate)

7. Amount of any fee requested or received for services rendered to the claimant in any claim for pneumoconiosis (black lung) benefits before any State or other Federal agency.
$ 562.50 req. from DD
$16,627.94 awarded by ALJ
$8,312.50 req. from BRB
(If none, so indicate)

8. Amount of fee requested for services and expenses incurred during the period designated in item 1 and itemized in 4 and 5.
$ 21,216.09

9. Explain the nature and extent of any unusual circumstances or any other relevant data which should be considered in approving your fee. (Note: No lay representative is entitled to a lien against the award as stated in 20 CFR 725.365 et seq.)

I certify that the above information is true and correct to the best of my knowledge and belief. I further certify that I have furnished a copy of this application and any attachments to the person(s) for whom the above services were performed.

10. Signature of Representative (Print or type): Leonard Stayton

11. Date: 7/16/15

12. Telephone No. (Include Area Code): 606-298-5117

13. Name and Address of Representative (Print or type):
Leonard J. Stayton
P.O. Box 1386
Inez, KY 41224

14. Representative's Social Security Number or IRS Identification Number:
61-1147536

Page
Petition for Black Lung Fee For
Carl R. Epling, Jr.
4th Cir.

| Date Rendered | Itemized Services Rendered | Who Performed Services | Usual Billing Rate/Hour | Time Nearest ¼ hour |
|---|---|---|---|---|
| 6/7/13 | Receipt of employer's notice of appeal and review of same, receipt of docketing notice and review of same, receipt of briefing order from Fourth Circuit and review of same | L. STAYTON | $250.00 | ½ hr. |
| 6/12/13 | Receipt of employer's motion to hold in abeyance and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 6/13/13 | Receipt of appearance of counsel by Ashley Harman and review of same, receipt of disclosure of corporate affiliations from employer and review of same, receipt of employer's docketing statement and review of same, receipt of employer's motion to hold case in abeyance and review of same, receipt of order holding case in abeyance and review of same, receipt of order suspending briefing schedule and review of same | L. STAYTON | $250.00 | ½ hr. |
| 6/18/13 | Preparation of appearance of counsel by petitioner's counsel and disclosure of corporate affiliations by counsel for the petitioner, Carl R. Epling, Jr., receipt of acknowledgment from Fourth Circuit of filing of appearance of counsel and review of same, receipt of acknowledgment from 4th Circuit of filing of disclosure of corporate affiliations and review of same, letter to client advising that employer had appealed favorable decision to 4th Circuit and steps which would be taken during appeal | L. STAYTON | $250.00 | ¼ hr. |

Page
Petition for Black Lung Fee For
Carl R. Epling, Jr.
4th Cir.

| Date Rendered | Itemized Services Rendered | Who Performed Services | Usual Billing Rate/Hour | Time Nearest ¼ hour |
|---|---|---|---|---|
| 7/2/13 | Receipt of appearance of counsel from Gary K. Stearman on behalf of the respondent, DOL, and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 7/24/13 | Receipt of correspondence from BRB advising that certified record had been filed with court and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 8/2/13 | Receipt of briefing order and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 8/29/13 | Receipt of employer's motion to extend briefing schedule and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 8/30/13 | Receipt of order granting extension of briefing schedule and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 9/17/13 | Receipt of correspondence from employer's counsel concerning items to be included in joint appendix and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 9/19/13 | Review of file concerning items to be included in joint appendix, receipt of email from Director's counsel concerning items to be included in joint appendix and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 10/2/13 | Receipt of motion from employer to extend briefing schedule and review of same, receipt of order extending briefing schedule and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 10/4/13 | Receipt of employer's motion to seal opening brief and joint appendix and review of same, | L. STAYTON | $250.00 | ¼ hr. |

Page
Petition for Black Lung Fee For
Carl R. Epling, Jr.
4th Cir.

| Date Rendered | Itemized Services Rendered | Who Performed Services | Usual Billing Rate/Hour | Time Nearest ¼ hour |
|---|---|---|---|---|
| 10/7/13 | Receipt of notice requiring response to motion to seal and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 10/10/13 | Preparation of response to request for response by Fourth Circuit, receipt of acknowledgment from Fourth Circuit of filing of response and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 10/11/13 | Receipt of order and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 10/14/13 | Receipt of notice from Fourth Circuit that joint appendix had been filed by employer and review of same, review of joint appendix | L. STAYTON | $250.00 | ½ hr. |
| 10/15/13 | Receipt of order from court releasing appendix to public and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 10/23/13 | Receipt of acknowledgment from Fourth Circuit of filing of paper copy of joint appendix and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 11/9/13 | Receipt of employer's opening brief and review of same | L. STAYTON | $250.00 | ¾ hr. |
| 11/13/13 | Receipt of correspondence from employer's counsel enclosing paper copy of brief and review of same, receipt of correspondence from employer's counsel concerning filing of sealed brief and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 11/15/13 | Receipt of acknowledgment from Fourth Circuit of filing of employer's redacted opening brief and review of same, receipt of acknowledgment from Fourth Circuit of filing of employer's paper copy of brief and review of same | L. STAYTON | $250.00 | ¼ hr. |

Page
Petition for Black Lung Fee For
Carl R. Epling, Jr.
4th Cir.

| Date Rendered | Itemized Services Rendered | Who Performed Services | Usual Billing Rate/Hour | Time Nearest ¼ hour |
|---|---|---|---|---|
| 12/9/13 | Receipt of Director's motion for leave to file separate response brief and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 12/10/13 | Receipt of order and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 12/11/13 | Email to other counsel concerning whether other parties would have an objection to an extension of time for respondent, Carl R. Epling, Jr., to file response brief, preparation of motion for extension of time by respondent, Carl R. Epling, Jr., to file response brief, receipt of acknowledgment from Fourth Circuit of filing of motion by the respondent, Carl R. Epling, Jr., for extension of time to file response brief, receipt of order and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 12/12/13 | Receipt of amended opening docketing statement from employer and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 1/14/14 | Work on brief on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 3 hrs. |
| 1/15/14 | Work on brief on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 4 hrs. |
| 1/16/14 | Work on brief on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 2 hrs. |
| 1/17/14 | Work on brief on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 1 ¼ hr. |
| 1/20/14 | Work on brief on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 2 ¼ hrs. |

Page
Petition for Black Lung Fee For
Carl R. Epling, Jr.
4th Cir.

| Date Rendered | Itemized Services Rendered | Who Performed Services | Usual Billing Rate/Hour | Time Nearest ¼ hour |
|---|---|---|---|---|
| 1/22/14 | Work on brief on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 3 ½ hrs. |
| 1/23/14 | Work on brief on behalf of respondent, Carl R. Epling, Jr., receipt of Director's motion for extension of time and review of same, receipt of order and review of same | L. STAYTON | $250.00 | 5 ¾ hrs. |
| 1/25/14 | Work on brief on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 2 ½ hrs. |
| 1/26/14 | Work on brief on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 2 hrs. |
| 1/27/14 | Work on brief on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 2 ¼ hrs. |
| 1/28/14 | Completion of brief on behalf of respondent, Carl R. Epling, Jr., receipt of Director's brief and review of same, receipt of acknowledgment from Fourth Circuit of filing of brief on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 2 ¼ hrs. |
| 1/29/14 | Receipt of docket correction request from Fourth Circuit and review of same, preparation of corrected brief on behalf of respondent, Carl R. Epling, Jr., receipt of acknowledgment from Fourth Circuit of filing of corrected brief on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | ¼ hr. |
| 1/31/14 | Receipt of acknowledgment from Fourth Circuit of filing of paper brief on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | ¼ hr. |

Page
Petition for Black Lung Fee For
Carl R. Epling, Jr.
4th Cir.

| Date Rendered | Itemized Services Rendered | Who Performed Services | Usual Billing Rate/Hour | Time Nearest ¼ hour |
|---|---|---|---|---|
| 2/4/14 | Receipt of motion from employer for extension of time to file reply brief and review of same, receipt of order and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 2/5/14 | Receipt of acknowledgment of filing of paper brief on behalf of Director and review of same, receipt of acknowledgment from Fourth Circuit of filing of paper copy of corrected brief on behalf of respondent, Carl R. Epling, Jr. and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 2/26/14 | Receipt of employer's reply brief and review of same | L. STAYTON | $250.00 | ½ hr. |
| 2/28/14 | Receipt of correspondence from employer's counsel enclosing employer's paper copy of brief and review of same, receipt of employer's motion for leave to file attachment to reply brief and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 3/4/14 | Receipt of order from Fourth Circuit requiring respondent, Carl R. Epling, Jr., to respond to employer's motion for leave to file attachment to reply brief and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 3/5/14 | Receipt of acknowledgment from Fourth Circuit of filing of employer's paper copy of reply brief and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 3/12/14 | Preparation of response to order on behalf of respondent, Carl R Epling, Jr., receipt of acknowledgment from Fourth Circuit of filing of response by respondent, Carl R. Epling, Jr., and review of same, receipt of order and review of same | L. STAYTON | $250.00 | ¼ hr. |

Page
Petition for Black Lung Fee For
Carl R. Epling, Jr.
4th Cir.

| Date Rendered | Itemized Services Rendered | Who Performed Services | Usual Billing Rate/Hour | Time Nearest ¼ hour |
|---|---|---|---|---|
| 3/14/14 | Receipt of employer's filing of attachment to petitioner's reply brief and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 3/21/14 | Receipt of acknowledgment from Fourth Circuit of filing of addendum attachment to employer's reply brief and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 6/30/14 | Receipt of appearance of counsel of Sean Bajkowski on behalf of respondent, DOWCP | L. STAYTON | $250.00 | ¼ hr. |
| 7/18/14 | Receipt of order tentatively calandering case for oral argument and review of same, preparation of notice of scheduling conflict by respondent, Carl R. Epling, Jr., receipt of acknowledgment from Fourth Circuit of filing of notice of scheduling conflict by respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | ¼ hr. |
| 7/21/14 | Receipt of appearance of counsel by William S. Mattingly on behalf of petitioner, Hobet Mining, and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 7/25/14 | Receipt of order continuing case from tentative oral argument counsel and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 9/05/14 | Receipt of order tentatively calendaring case for oral argument during the 12/9/14-12/11/14 argument session and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 9/30/14 | Receipt of order calendaring case for oral argument on 12/9/14 and review of same | L. STAYTON | $250.00 | ¼ hr. |

Page
Petition for Black Lung Fee For
Carl R. Epling, Jr.
4th Cir.

| Date Rendered | Itemized Services Rendered | Who Performed Services | Usual Billing Rate/Hour | Time Nearest ¼ hour |
|---|---|---|---|---|
| 10/2/14 | Receipt of oral argument acknowledgment from William S. Mattingly on behalf of petitioner, Hobet Mining, LLC, and review of same, receipt of oral argument acknowledgment from Sean Bajkowski on behalf of respondent, DOWCP, and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 10/3/14 | Preparation of oral argument acknowledgment on behalf of respondent, Carl R. Epling, Jr., and review of same, receipt of acknowledgment from Fourth Circuit of filing of oral argument acknowledgment on behalf of respondent, Carl R. Epling, Jr., and review of same | L. STAYTON | $250.00 | ¼ hr |
| 11/19/14 | Receipt of order and review of same, receipt of tentative session assignment and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 11/20/14 | Preparation of notice concerning conflict with proposed argument dates by respondent, Carl R. Epling, Jr., receipt from Fourth Circuit of acknowledgment of filing of notice concerning conflict with proposed argument dates and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 11/25/14 | Receipt of order and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 12/2/14 | Receipt of order and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 12/4/14 | Receipt of order and review of same | L. STAYTON | $250.00 | ¼ hr. |

Page
Petition for Black Lung Fee For
Carl R. Epling, Jr.
4th Cir.

| Date Rendered | Itemized Services Rendered | Who Performed Services | Usual Billing Rate/Hour | Time Nearest ¼ hour |
|---|---|---|---|---|
| 12/9/14 | Receipt of order calendaring case for oral argument on 1/29/15 and review of same, preparation of oral argument acknowledgment on behalf of respondent, Carl R. Epling, Jr., receipt of acknowledgment from Fourth Circuit of filing of oral argument acknowledgment on behalf of respondent, Carl R. Epling, Jr., preparation of notice regarding conflict with proposed argument dates by respondent, Carl R. Epling, Jr., receipt of oral argument acknowledgment from Sean Bajkowski on behalf of respondent, DOWCP | L. STAYTON | $250.00 | ¼ hr. |
| 1/8/15 | Receipt of email from counsel in WV CWP Fund v. Bender, case concerning issues to be argued at oral argument and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 1/20/15 | Receipt of order concerning issue to be focused on at oral argument and review of same | L. STAYTON | $250.00 | ¼ hr. |
| 1/24/15 | Work on file in preparation for oral argument on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 6 ¼ hrs. |
| 1/25/15 | Work on file in preparation for oral argument on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 5 hrs. |
| 1/27/15 | Work on file in preparation for oral argument on behalf of respondent, Carl R. Epling, Jr. | L. STAYTON | $250.00 | 4 ½ hrs. |

Page
Petition for Black Lung Fee For
Carl R. Epling, Jr.
4th Cir.

| Date Rendered | Itemized Services Rendered | Who Performed Services | Usual Billing Rate/Hour | Time Nearest ¼ hour |
|---|---|---|---|---|
| 1/28/15 | Travel from Inez, KY to Richmond, VA for purpose of attending oral argument on following day, review of file in preparation for oral argument on behalf of respondent, Carl R. Epling, Jr., on following day | L. STAYTON | $250.00 | 10 ½ hrs. |
| 1/29/15 | Review of file in preparation for oral argument on behalf of respondent, Carl R Epling, Jr., attendance of and participation in oral argument on behalf of respondent, Carl R. Epling, Jr., travel from Richmond, VA to Inez, KY for purpose of returning from oral argument | L. STAYTON | $250.00 | 10 hrs. |
| 4/17/15 | Receipt of decision and judgment from Fourth Circuit and review of same, telephone conference with client advising of favorable decision, appeal rights of employer, and steps which would be taken post decision | L. STAYTON | $250.00 | ½ hr. |
| 6/09/15 | Receipt of mandate and review of same | L. STAYTON | $250.00 | ¼ hr. |

Expenses
4th Cir.

| Date | Description | Amount |
|---|---|---|
| 1/28/15 | Travel mileage of counsel for respondent, Carl R. Epling, Jr., from Inez, KY to Richmond, VA for purpose of attending oral argument on following day (414 x .575 = 238.05) | $238.05 |
| 1/28/15 | Commonwealth Park Suites Hotel (overnight hotel stay for purpose of attending oral argument on 1/29/15) | $177.49 |
| 1/29/15 | Travel mileage of counsel for respondent, Carl R. Epling, Jr. from Richmond, VA to Inez, KY for purpose of return from oral argument (414 x .575 = 238.05) | $238.05 |
| | TOTAL | $653.59 |



# JACKSONKELLY
### ATTORNEYS AT LAW PLLC

150 CLAY STREET • SUITE 500 • P.O. BOX 619 • MORGANTOWN, WEST VIRGINIA 26507 • TELEPHONE: 304-284-4100 • TELECOPIER: 304-284-4140
www.jacksonkelly.com

aharman@jacksonkelly.com
(304) 284-4116

July 27, 2015

Carolyn King, Senior Claims Examiner
U. S. Department of Labor
DCMWC Central Mail Room
P. O. Box 8307
London, KY 40742-8307

    Re: Federal Black Lung Claim
      <u>Carl R. Epling, Jr. v. Hobet Mining LLC</u>
      OWCP No.: XXX-XX-2847
      JK Ref. No.: 2304/454

Dear Ms. King:

  We represent Hobet Mining in Mr. Epling's federal black lung claim. We are in receipt of attorney Leonard Stayton's fee petition dated July 17, 2015. On behalf of Hobet Mining, please be advised we do not object to Mr. Stayton's fee petition. Both his hourly rate and his itemization of services appear appropriate. When attorney fee orders are issued, we will forward them to the Employer for payment. Should you have any questions or concerns, please do not hesitate to contact me at any time.

            Sincerely,

            Ashley M. Harman

Enclosure

cc: Leonard Stayton

4834-3941-9174.v1