FILED: August 6, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1738
(12-0404-BLA)
(12-0404-A-BLA)

_____

HOBET MINING, LLC,

    Petitioner,

  v.

CARL R. EPLING, JR.; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

    Respondents.

_____

O R D E R

_____

Upon consideration of the unopposed motion for an award of attorney's fees and expenses, the court grants the motion. The court grants an award of attorney's fees and expenses incurred on appeal in the amount of $21,216.09 to be paid by petitioner Hobet Mining, LLC to counsel for respondent Carl R. Epling, Jr.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk